**Order entered September 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00859-CV

**THERESA BARNETT, Appellant**

**V.**

**DAVID S. CROCKETT, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00136**

## ORDER

Before the Court is appellant's September 9, 2014 motion for extension. Appellant requests the Court order the Clerk of this Court to provide her "with immediate access" to the appellate record "without charge" or "with nominal charge not greater than 5 dollars in total." Appellant further requests the Court apply Texas Rule of Appellate Procedure 2 "in the name of fairness and justice where necessary to compensate for [her] lack of resources" and requests a thirty-day extension of time to file her brief from the date the record is filed. We **DENY** appellant's request to apply rule 2 and, in light of our September 12, 2014 order affirming the trial court's order sustaining the contest, we **DENY** appellant's request for a copy of the appellate record without charge or with a nominal charge. Because appellant's brief is not due

until thirty days after the appellate record is filed, we further **DENY** appellant's extension request.

/s/    ELIZABETH LANG-MIERS
       JUSTICE